**DISMISS and Opinion Filed May 1, 2020**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00924-CV

**DAX STEVENS, Appellant**
**V.**
**DARYL LAUHOFF, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-14-06376-C**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Whitehill, and Justice Molberg
Opinion by Chief Justice Burns

Appellant's brief in this case is overdue. By order dated February 14, 2020, we granted appellant's second extension of time to file his brief and ordered the brief to be filed by February 26, 2020. By postcard dated April 10, 2020, we notified appellant the time for filing appellant's brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a brief, filed an

extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

190924F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DAX STEVENS, Appellant

No. 05-19-00924-CV          V.

DARYL LAUHOFF, Appellee

On Appeal from the County Court at Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-14-06376-C.
Opinion delivered by Chief Justice Burns. Justices Whitehill and Molberg participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee DARYL LAUHOFF recover his costs of this appeal from appellant DAX STEVENS.

Judgment entered May 1, 2020.